**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>E-Scrap Technologies, Inc., et al.,<br><br>　　　　Defendants.<br>_____<br>E-Scrap Technologies, Inc., et al.,<br><br>　　　　Counterclaimants,<br><br>vs.<br><br>Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>　　　　Counterdefendant.<br>_____ | No. CV 06-2072-PHX-SMM<br><br>**ORDER** |

　　　　At the request of Plaintiff Graham Wollaston, d.b.a. Scrap Computer.Com, a telephonic discovery hearing will take place on Friday, February 23, 2007 at 2:00 p.m.

　　　　**IT IS HEREBY ORDERED** that counsel for Plaintiff and counsel for Defendants shall telephone the Court at 602-322-7555 at exactly 1:55 p.m. on February 23, 2007 <u>on one clear telephone line</u>.

1    **IT IS FURTHER ORDERED** that counsel for Plaintiff and counsel for Defendants
2  shall coordinate and cooperate with respect to arranging the conference call so that the
3  telephonic discovery hearing may take place <u>on one clear telephone line</u>.  The Court does not
4  have the ability to place conference calls.

5    DATED this 20th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge