**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>            Plaintiff,<br>vs.<br><br>E-Scrap Technologies, Inc., et al.,<br><br>            Defendants.<br>_____<br>E-Scrap Technologies, Inc., et al.,<br><br>            Counterclaimants,<br>vs.<br><br>Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>            Counter-defendant.<br>_____ | No. CV 06-2072-PHX-SMM<br><br>**ORDER** |

Having considered Defendants E-Scrap Technologies and Valor Technologies request to appear telephonically at the Final Pretrial Conference scheduled for November 7, 2007 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that representatives from both E-Scrap Technologies and Valor Technologies residing in Illinois may appear telephonically at the November 7, 2007, Final Pretrial Conference. The representatives shall call the Court on **one clear telephone line** at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 31st day of July, 2007.

_____
Stephen M. McNamee
United States District Judge