**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Graham Wollaston, d.b.a. Scrap Computer.Com, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>E-Scrap Technologies, Inc., et al., <br><br>　　　　Defendants. <br>_____ <br>E-Scrap Technologies, Inc., et al., <br><br>　　　　Counterclaimants, <br><br>vs. <br><br>Graham Wollaston, d.b.a. Scrap Computer.Com, <br><br>　　　　Counterdefendant. <br>_____ | No. CV 06-2072-PHX-SMM <br><br>**ORDER** |

Having received the parties' Stipulation to Extend Discovery Deadline (Doc. 48), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the discovery deadline of September 14, 2007, be extended until September 25, 2007, for the **sole purpose** of allowing the depositions of Nathan Armstrong and Alex Foracappa.

DATED this 18th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge