**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>          Plaintiff,<br><br>vs.<br><br>E-Scrap Technologies, Inc., et al.,<br><br>          Defendants.<br>———————————————<br>E-Scrap Technologies, Inc., et al.,<br><br>          Counterclaimants,<br><br>vs.<br><br>Graham Wollaston, d.b.a. Scrap Computer.Com,<br><br>          Counter-defendant.<br>——————————————— | No. CV 06-2072-PHX-SMM<br><br>**ORDER** |

        Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 51]. After consideration of the parties' Stipulation,

        **IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 51] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

        **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

        DATED this 9th day of October, 2007.

                                                    Stephen M. McNamee
                                                    United States District Judge